DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RALPH AUGUSTINE VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:99-cr-05023 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| RALPH AUGUSTINE VEGA, | ) ) | Date: August 13, 2007 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for July 30, 2007, **may be continued to August 13, 2007 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and further investigation prior to hearing, and will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                            McGREGOR M. SCOTT
                                            United States Attorney

DATED: July 25, 2007                      By  /s/ Virna L. Santos
                                            VIRNA L. SANTOS
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: July 25, 2007                      By  /s/ Marc Days
                                            MARC DAYS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RALPH AUGUSTINE VEGA

## ORDER

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 27, 2007**                          **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE