DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RALPH AUGUSTINE VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:99-cr-05023 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| RALPH AUGUSTINE VEGA, | ) ) | Date:  October 1, 2007 Time:  9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for September 17, 2007, **may be continued to October 1, 2007 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and finalization of a plea agreement prior to hearing, and will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                              McGREGOR M. SCOTT
                                              United States Attorney

DATED: September 13, 2007                 By  /s/ Virna L. Santos
                                                   VIRNA L. SANTOS
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: September 13, 2007                 By  /s/ Marc Days
                                                 MARC DAYS
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 RALPH AUGUSTINE VEGA

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 13, 2007**                        **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE

Hearing; and [Proposed] Order Thereon        2