| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | MARC DAYS, CA Bar #184098 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
|   | Attorney for Defendant |
| 6 | RALPH AUGUSTINE VEGA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:99-cr-05023 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| RALPH AUGUSTINE VEGA, | Date:  March 10, 2008 |
| | Time:  9:00 A.M. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the sentencing hearing in the above-entitled matter now set for February 19, 2008, **may be continued to March 10, 2008, at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow counsel additional time for defense preparation.  The continuance will conserve time and resources of both parties and the court.

///
///
///
///
///

|  |  |
|---|---|
|  | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: January 29, 2008 | By  /s/ Kathleen A. Servatius<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 29, 2008 | By  /s/ Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorney for Defendant<br>RALPH AUGUSTINE VEGA |

**ORDER**

IT IS SO ORDERED.

**Dated:   January 29, 2008**         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Vega - Stipulation to Continue Sentencing Hearing; and [Proposed] Order Thereon      2